# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

141008 & (16)

UNA C. JACKMAN,
         Plaintiff-Appellee,

v

                                    SC: 141008
                                    COA: 297350
                                    Oakland CC: 2008-096162-CZ

CRAIG JACKMAN,
         Defendant-Appellant.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 26, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010                               _____

d0621                                              Clerk